1   COOLEY LLP
    BENJAMIN H. KLEINE (257225)
2   (bkleine@cooley.com)
    3 Embarcadero Center
3   20th Floor
    San Francisco, California 94111-4004
4   Telephone:  +1 415 693 2000
    Facsimile:   +1 415 693 2222
5
    ALEX KASNER (310637)
6   (akasner@cooley.com)
    1299 Pennsylvania Avenue NW
7   Suite 700
    Washington, District of Columbia 20004-2400
8   Telephone:  +1 202 842 7800
    Facsimile:   +1 202 842 7899
9
    RONAN A. NELSON (346553)
10  (rnelson@cooley.com)
    10265 Science Center Drive
11  San Diego, CA 92121-1117
    Telephone:  +1 858 550 6000
12  Facsimile:   +1 858 550 6420

13  Attorneys for Third-Party
    WIKIMEDIA FOUNDATION, INC.
14

15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19
    J. A. CASTRO,                          Case No. 3:23-mc-80198-TSH
20
                Plaintiff,
21                                         **DECLARATION OF JOE
         v.                                SUTHERLAND IN SUPPORT OF
22                                         DEFENDANT WIKIMEDIA
    JOHN DOE 1 a/k/a CHETSFORD,            FOUNDATION, INC.'S OPPOSITION
23                                         TO PLAINTIFF'S MOTION TO
                Defendant.                 COMPEL**
24
                                           Judge: Magistrate Judge Thomas S. Hixson
25

26

27

28

I, Joe Sutherland, declare as follows:

1.      I am Lead Trust and Safety Specialist at Wikimedia Foundation, Inc. ("Wikimedia"). I understand that this Declaration is being submitted in support of Wikimedia's Opposition to the Plaintiff's Motion to Compel. I have personal knowledge of the following and, if called as a witness, could and would testify completely thereto.

2.      In my current role, I have knowledge of Wikipedia's mission, privacy policy, and operations, as well as how users can, and do, interact with Wikipedia.

3.      Wikimedia is a nonprofit charitable organization based in San Francisco, California.

4.      Wikimedia hosts over a dozen free knowledge projects, including Wikipedia, the world's largest and most popular encyclopedia.

5.      Wikipedia is a web-based, free-content encyclopedia that contains more than 61 million volunteer-authored articles in over 300 languages. It is written, edited, and curated by users who, if they choose, may remain anonymous. Wikipedia's editors are largely anonymous or pseudonymous Internet volunteers who do so without pay.

6.      The Wikipedia project is largely self-administered.  The policies and guidelines for Wikipedia are developed by the community of Wikipedia users themselves.

7.      Wikimedia and the Wikipedia community is committed to allowing editors their choice to remain anonymous or pseudonymous. Users can contribute anonymously, under a pseudonym, or, if they choose to, with their real identity.

8.      Anonymity is a tenet of the Wikimedia Foundation Privacy Policy, which is applicable to the Wikipedia project: "We [Wikimedia] believe that you shouldn't have to provide nonpublic Personal Information to participate in the free knowledge movement.  You do not have to provide things like your real name, address, or date of birth to sign up for a standard account or contribute content to the

SUTHERLAND DECL. ISO WIKIMEDIA'S
OPPOSITION TO PLF'S MTC
3:23-MC-80198-TSH

1   Wikimedia   Sites."   The   Privacy   Policy   is   available   at

2   https://foundation.wikimedia.org/wiki/Policy:Privacy_policy.

3        9.      Except in limited cases where editing is restricted to prevent disruption

4   or vandalism to articles, anyone with Internet access can create, write, or make

5   changes to Wikipedia articles. These users are known as "unregistered users" or "IP

6   users."

7        I declare under penalty of perjury that the foregoing is true and correct to the

8   best of my knowledge. Executed on August 14, 2023, in San Francisco, California.

9

10                                                    */s/ Joe Sutherland*
                                                      Joe Sutherland

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUTHERLAND DECL. ISO WIKIMEDIA'S**
**OPPOSITION TO PLF'S MTC**
**3:23-MC-80198-TSH**