---

## John Anthony Castro, J.D., LL.M.

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Tuesday, September 19, 2023 10:46 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 4:23-cv-00613-P-BJ Castro v. John Doe 1 et al Order on Motion for Discovery |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Texas**

### Notice of Electronic Filing

The following transaction was entered on 9/19/2023 at 10:46 AM CDT and filed on 9/19/2023
**Case Name:**      Castro v. John Doe 1 et al
**Case Number:**    [4:23-cv-00613-P-BJ](4:23-cv-00613-P-BJ)
**Filer:**
**Document Number:** 21(No document attached)

**Docket Text:**
**ELECTRONIC ORDER granting [20] Emergency Motion for Leave to Conduct Early Discovery. The Court Grants leave for Plaintiff to conduct early discovery regarding the identity of John Doe 1. (Ordered by Magistrate Judge Jeffrey L. Cureton on 9/19/2023) (chmb)**


**4:23-cv-00613-P-BJ Notice has been electronically mailed to:**

John Anthony Castro     j.castro@castroandco.com

**4:23-cv-00613-P-BJ Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**