# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J.A. CASTRO ) | |
|     Plaintiffs, ) | Case No. 4:23-mc-80198-TSH |
| ) | |
| *v.* ) | |
| ) | Response to Opposition |
| JOHN DOE 1 (*a.k.a.* "CHETSFORD"), JOHN ) | |
| DOE 2, SAVE AMERICA PAC, MAKE ) | |
| AMERICA GREAT AGAIN INC., PATRIOT ) | Date:      TBD |
| LEGAL DEFENSE FUND, and DONALD J. ) | Time:      TBD |
| TRUMP ) | Courtroom:  Zoom Video Conference |
| ) | Judge:     Hon. Thomas S. Hixson |
|     Defendants. ) | |

## NOTICE OF WITHDRAW OF

## MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER

Withdraw it.

Plaintiff J.A. Castro, *pro se*, hereby withdraws his Motion for Relief (ECF 30) since it is now effectively moot.

Dated: November 15, 2023.            Respectfully submitted,

                                                      By:    */s/ John Anthony Castro*

                                                      John Anthony Castro
                                                      12 Park Place
                                                      Mansfield, TX  76063
                                                      Tel. (202) 594 – 4344
                                                      J.Castro@CastroAndCo.com

                                                      Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

On November 15, 2023, I electronically filed the foregoing document via the Court's CM/ECF system. It is further certified that all other parties are CM/ECF users and that service of this document will be made upon them via CM/ECF.

*/s/ John Anthony Castro*
John Anthony Castro
