UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J.A. CASTRO,**<br><br>    Plaintiff,<br><br>    v.<br><br>**JOHN DOE 1 (AKA 'CHETSFORD') AND WIKIMEDIA FOUNDATION, INC.,**<br><br>    Defendants. | **Case No.:** 4:23-mc-80198-YGR<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD GRANT THE MOTION TO COMPEL**<br><br>Dkt. No. 1, 31, and 36 |

Plaintiff John Anthony Castro, a lawyer from Texas who is a candidate for the Republican nomination for President of the United States, brought the pending motion to compel third-party defendant Wikimedia Foundation, Inc., to comply with a subpoena filed in *J.A. Castro v. John Doe 1, et al.*, Case No. 4:23-cv-613-P, a defamation case pending in the United States District Court for the Northern District of Texas. The subpoena seeks to compel Wikimedia to reveal the identity of John Doe 1, a.k.a. "chetsford," a Wikipedia contributor that plaintiff alleged defamed him.

This Court referred the pending motion to Magistrate Judge Hixson, who initially recommended this Court deny the motion because plaintiff was not authorized to seek discovery in the underlying Texas action under Fed. R. of Civ. P. 26(f). (Dkt. No. 25.) In response, plaintiff filed an objection and attached as an exhibit an ECF notification demonstrating that the Northern District of Texas had granted his Emergency Motion for Leave to Conduct Early Discovery. (Dkt. No. 26.) Magistrate Judge Hixson then vacated the previous Report and Recommendation and issued a new one recommending that this Court instead grant the pending motion to compel. (Dkt. No. 31.) Both Wikimedia and John Doe 1 have objected. (Dkt. Nos. 33 and 34.) Plaintiff, in turn, filed a motion for an expedited order. (Dkt. No. 36.) In that motion, he revealed that he had filed a third-amended

complaint in the underlying Texas action to "strategically moot Defendant John Doe 1's objections." (*Id.*)

To start, plaintiff's motion to expedite is **DENIED.** The Court will resolve this matter in due course.

Moreover, the Court has looked over the public docket in the underlying Texas action. The Court notes that, in his initial complaint, plaintiff stated that as relief he sought to compel Wikimedia to reveal the identity of John Doe 1. (23-cv-613-P at Dkt. No. 16 and 17.) In plaintiff's third-amended complaint, however, he states that he no longer seeks any remedy against John Doe 1 but instead names him as a "nominal defendant." (*Id.* at Dkt. No. 36.) Initially, defendant John Doe 1 filed a motion to reconsider the grant of early discovery. (*Id.* at Dkt. No. 23.) After plaintiff filed his third-amended complaint, however, the Northern District of Texas denied John Doe 1's motion for reconsideration as "moot." (*Id.* at Dkt. No. 38.)

The Court requires additional briefing. Plaintiff shall file a brief of no more than three pages by **December 14, 2023,** explaining why the motion to compel is not mooted by his third-amended complaint in the underlying Texas action given that he now concedes that he does not seek any remedy against John Doe 1. Failure to do so will be taken as a concession that the motion to compel should be summarily denied. Defendants John Doe 1 and Wikimedia may file a response of no more than three pages each by **December 21, 2023.**

This terminates Docket No. 36.

**IT IS SO ORDERED**.

Date: **November 30, 2023**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**