Michael E. Rosman (NY Bar. No. 1972215, D.C. Bar No. 454002)
rosman@cir-usa.org
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave. NW, Suite 625
Washington D.C. 20036
(202) 833-8400

Attorney for John Doe 1 (Chetsford)

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

----------------------------------------------------------------x

| | | |
|---|---|---|
| J.A. CASTRO, | : | Case No. 4:23-mc-80198-YGR |
| Plaintiff, | : | |
| v. | : | |
| JOHN DOE 1 (a.k.a. "CHETSFORD"), *et al.* | : | **NOTICE OF RECENT DECISION** |
| Defendants, | : | |
| | : | |

----------------------------------------------------------------x

John Doe 1 gives notice of a recent Report and Recommendation by Magistrate Judge Cureton in the underlying litigation in the Northern District of Texas, a copy of which is attached.

Respectfully submitted,

*/s/ Michael E., Rosman*
Michael E. Rosman
CENTER FOR INDIVIDUAL RIGHTS
1100 Connecticut Ave. NW, Suite 625

Washington D.C. 20036
(202) 833-8400
rosman@cir-usa.org

Attorney for John Doe 1 (Chetsford)